IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAROLYN M. NEEDHAM,

        Plaintiff,

v.

COMMISSIONER SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

No.    3:16-cv-01380-YY

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation [17] on August 8, 2017, in which she recommends that this Court reverse the decision of the Commissioner of the Social Security Administration and remand this case for immediate calculation and payment of benefits. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 - ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings & Recommendation [17], and therefore, the Commissioner's final decision is reversed and remanded for immediate calculation and payment of benefits.

IT IS SO ORDERED.

DATED this 13 day of Sept, 2017.

/s/ Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge